MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234
    E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0237 EMC |
| Plaintiff, | |
| v. | JOINT MOTION AND REQUEST TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER |
| BECKY CHRISTIAN, | |
| Defendant. | |

    The United States and the defendant Becky Christian jointly request that the status hearing presently set for January 18, 2012, be continued to April 25, 2012, at 2:30 p.m., for status.

    The defendant Becky Christian previously pled guilty pursuant to a plea agreement in which she agreed to cooperate with the United States in its investigation and prosecution of other individuals. It is now anticipated that Ms. Christian will testify at the trial of her co-defendant David Nosal in this case. Mr. Nosal's case is currently on appeal before the Ninth Circuit. Regardless of the Ninth Circuit's disposition of the United States' appeal in this matter, at least some charges alleged in the Indictment will proceed to trial, and Ms. Christian will testify at that trial.

JOINT MTN. & [PROPOSED] ORDER
CR 08-0237 EMC

Because Ms. Christian's cooperation with the government's investigation and prosecution of other individuals is not yet complete, the parties jointly request that the Court continue the scheduled status hearing of January 18, 2012, to April 25, 2012, at 2:30 p.m., for further status.

Respectfully submitted,

Dated: January 6, 2012  
MELINDA HAAG  
United States Attorney

_____/s/_____  
KYLE F. WALDINGER  
Assistant United States Attorney

Dated: January 6, 2012  
_____/s/_____  
STEVEN BAUER  
Attorney for defendant Becky Christian

## [PROPOSED] O R D E R

GOOD CAUSE APPEARING,

IT IS ORDERED that the status hearing presently set for January 18, 2012, be continued to April 25, 2012, at 2:30 p.m., for further status.

Dated this ___11th___ day of January, 2012



_____  
M. CHEN  
DISTRICT JUDGE

JOINT MTN. & [PROPOSED] ORDER  
CR 08-0237 EMC           -2-