MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6830
Facsimile: (415) 436-7234
E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0237 EMC |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER RE-SETTING STATUS HEARING DATE |
| DAVID NOSAL, | |
| Defendant. | |

The United States and the defendant David Nosal submit this stipulation and proposed order to continue the February 22, 2012, status hearing to April 25, 2012. The parties stipulate, and jointly inform the Court, as follows:

1. On or about February 2, 2010, the United States filed its Notice of Appeal in this matter, seeking reversal of the District Court's dismissal of several counts of the Superseding Indictment. At that time, the District Court vacated the trial schedule.

2. Oral argument before a panel of the Ninth Circuit Court of Appeals regarding the United States' appeal was held on February 14, 2011. On April 28, 2011, the Court of Appeals issued an opinion reversing the District Court's dismissal order.

3. On June 13, 2011, the defendant David Nosal filed his petition for rehearing en banc in the Court of Appeals. The United States filed its response to that petition on

STIP. & [PROPOSED] ORDER RE-SETTING STATUS HEARING DATE
CR 08-0237 EMC

July 20, 2011. On October 27, 2011, the Court of Appeals ordered that the case be reheard en banc. The en banc oral argument occurred on December 15, 2011. The en banc panel has not yet issued its opinion.

4. For these reasons, the parties jointly request that the Court **VACATE** the February 22, 2012 status hearing, and re-set that hearing for April 25, 2012. If proceedings terminate in the Court of Appeals before that date, the parties will contact this Court's deputy clerk to schedule an appearance in the District Court forthwith.

SO STIPULATED.

DATED: February 17, 2012          MELINDA HAAG
                                  United States Attorney


                                  _____/s/_____
                                  KYLE F. WALDINGER
                                  Assistant United States Attorney


DATED: February 17, 2012          _____/s/_____
                                  STEVEN F. GRUEL
                                  Attorney for the defendant David Nosal


## [PROP~~OS~~ED] ORDER

For the reasons stated above, the parties' joint request that the February 22, 2012 status hearing be vacated is GRANTED. The parties are ORDERED to appear before the Court for a status hearing on April 25, 2012, at 2:30 p.m. If proceedings in the Court of Appeals terminate before that date, the parties are ordered to contact this Court's deputy clerk to schedule an appearance in the District Court forthwith.

DATED: February 21, 2012          _____
                                  EDWARD M. CHEN
                                  United States

IT IS SO ORDERED
Judge Edward M. Chen

STIP. & [PROPOSED] ORDER RE-SETTING STATUS HEARING DATE
CR 08-0237 EMC                                                              -2-