STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for David Nosal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  Vs.<br><br>DAVID NOSAL,<br><br>  Defendant. | No. CR-08-00237-EMC<br><br>STIPULATION AND [PROPOSED] ORDER PERMITING MODIFICATION OF PRETRIAL CONDITIONS OF RELEASE TO PERMIT TRAVEL TO EUROPE AND ISRAEL |

Defendant David Nosal, by and through his attorney, Steven F. Gruel, hereby requests that his conditions of pretrial release be modified to permit travel to and from Europe and Israel on the following dates: Germany and France: May 2, 2012 to May 7, 2012, and; Israel: May 21-25. This travel is business related.

On April 25, 2008, the Court authorized Mr. Nosal's pretrial release with the standard conditions including a $50,000 unsecured bond, no travel restrictions within the United States and that Mr. Nosal's passport be surrendered to his counsel. Defense counsel informed the Court

STIPULATION AND [PROPOSED] ORDER PERMITTING MODIFICATION
OF PRETRIAL CONDITIONS OF RELEASE TO PERMIT TRAVEL

- 1

that Mr. Nosal's employment requires international travel. The Court ordered that any request for international travel required notice to the government and the Court's authorization.

The government does not oppose and stipulates to this defense request. Further, Paul Mameril of Pretrial Services has been contacted and does not object to this defense request. Upon his return to the United States, Mr. Nosal is to surrender his passport to his attorney for safekeeping until further order of the Court.

SO STIPULATED:

DATED: 04/10/12        __/s/_____
                        STEVEN F. GRUEL
                        Attorney for David Nosal

DATED: 04/10/12
                        __/s/_____
                        KYLE WALDINGER
                        Assistant United States Attorney

### [PROPOSED] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, defendant David Nosal's pretrial release conditions are modified to allow travel to Europe and Israel as stated in the above stipulation

STIPULATION AND [PROPOSED] ORDER PERMITING MODIFICATION
OF PRETRIAL CONDITIONS OF RELEASE TO PERMIT TRAVEL

- 2

Upon his return to the United States, Mr. Nosal is to surrender his passport to his attorney for safekeeping until further order of the Court. All other conditions of Mr. Nosal's pretrial release shall remain in effect.

IT IS SO ORDERED.

DATED: April 13, 2012

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge