1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   KYLE F. WALDINGER (ILBN 6238304)
5  Assistant United States Attorney

6     450 Golden Gate Avenue, 11th Floor
      San Francisco, California 94102
7     Telephone: (415) 436-6830
      Facsimile: (415) 436-7234
8     E-mail: kyle.waldinger@usdoj.gov

9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0237 EMC |
| Plaintiff, | ) | |
| | ) | JOINT MOTION AND REQUEST TO |
| v. | ) | CONTINUE STATUS HEARING AND |
| | ) | [PR~~OPO~~SED] ORDER |
| BECKY CHRISTIAN, | ) | |
| | ) | |
| Defendant. | ) | |

The United States and the defendant Becky Christian jointly request that the status hearing presently set for September 5, 2012, be continued to January 23, 2013, at 2:30 p.m., for status.

The defendant Becky Christian previously pled guilty pursuant to a plea agreement in which she agreed to cooperate with the United States in its investigation and prosecution of other individuals. It is now anticipated that Ms. Christian will testify at the trial of her co-defendant David Nosal in this case. The <u>Nosal</u> case has been on appeal. Earlier this month, the mandate of the Ninth Circuit issued, and the parties in the <u>Nosal</u> case are scheduled to appear for a status conference on August 29, 2012. The United States anticipates that a trial date will be set at that time, or shortly thereafter. The defendant Christian is expected to testify in that trial. Because

JOINT MTN. & [PROPOSED] ORDER
CR 08-0237 EMC

Ms. Christian will be required to testify at trial, her cooperation with the government's investigation is not yet complete.

For all of these reasons, the parties jointly request that this Court vacate the status hearing presently set for September 5, 2012, and set a status hearing for January 23, 2013, at 2:30 p.m.

Respectfully submitted,

Dated: August 17, 2012                MELINDA HAAG
                                      United States Attorney

                                      /s/
                                      KYLE F. WALDINGER
                                      Assistant United States Attorney

Dated: August 17, 2012                /s/
                                      STEVEN BAUER
                                      Attorney for defendant Becky Christian

### [PROPOSED] O R D E R

GOOD CAUSE APPEARING,

IT IS ORDERED that the status hearing presently set for September 5, 2012, is vacated. The parties are ordered to appear for a status hearing on January 23, 2013, at 2:30 p.m.

Dated this ___17th___ day of August, 2012

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

JOINT MTN. & [PROPOSED] ORDER
CR 08-0237 EMC                        -2-