MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6830
Facsimile: (415) 436-7234
E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BECKY CHRISTIAN, <br><br> Defendant. | No. CR 08-0237 EMC <br><br> JOINT MOTION AND REQUEST TO CONTINUE STATUS HEARING AND [PROPOSED] ORDER |

The United States and the defendant Becky Christian jointly request that the status hearing presently set for January 23, 2013 be continued to June 26, 2013 at 2:30 p.m., for a sentencing hearing.

The defendant Becky Christian previously pled guilty pursuant to a plea agreement in which she agreed to cooperate with the United States in its investigation and prosecution of other individuals. It is now anticipated that Ms. Christian will testify at the trial of her co-defendant David Nosal in this case. This Court has a set a trial date of April 8, 2013 for the Nosal case. The defendant Christian is expected to testify in that trial. Because Ms. Christian will be required to testify at trial, her cooperation with the government's investigation is not yet complete.

JOINT MTN. & [PROPOSED] ORDER
CR 08-0237 EMC

For all of these reasons, the parties jointly request that this Court vacate the status hearing presently set for January 23, 2013 and set a sentencing hearing for June 26, 2013 at 2:30 p.m. In addition, the parties jointly request that the due dates for the presentence report be calculated using the new sentencing date.

SO STIPULATED.

Dated: January 7, 2013
                            MELINDA HAAG
United States Attorney

_____/s/_____
KYLE F. WALDINGER
Assistant United States Attorney

Dated: January 7, 2013
                            _____/s/_____
STEVEN BAUER
Attorney for defendant Becky Christian

## [PROPOSED] O R D E R

GOOD CAUSE APPEARING,

IT IS ORDERED that the status hearing presently set for January 23, 2013 is vacated. The parties are ordered to appear for a status hearing on June 26, 2013 at 2:30 p.m. The final presentence report should be disclosed two weeks prior to the sentencing date.

Dated this ___10th___ day of January, 2013.

_____
HONORABLE
UNITED STATES

IT IS SO ORDERED
Judge Edward M. Chen

JOINT MTN. & [PROPOSED] ORDER
CR 08-0237 EMC         -2-