MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KYLE F. WALDINGER (ILBN 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234
   E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0237 EMC |
| Plaintiff, | |
| v. | JOINT MOTION AND REQUEST TO CONTINUE HEARING AND SET SENTENCING DATE [PROP~~OSED~~] ORDER |
| BECKY CHRISTIAN, | |
| Defendant. | |

The United States and the defendant Becky Christian jointly request that the hearing presently set for June 26, 2013 be continued to October 16, 2013 at 2:30 p.m., for a sentencing hearing.

As the Court is aware, Ms. Christian testified in April 2013 in the trial of the defendant David Nosal. The defendant Nosal's sentencing hearing is scheduled for September 4, 2013. The parties jointly request that Ms. Christian's sentencing date be scheduled for October 16, 2013 in order to provide the government sufficient time to fully assess the value of her cooperation following the Nosal sentencing. In addition, it is possible that Ms. Christian may provide additional cooperation to the government with respect to the Nosal sentencing.

For all of these reasons, the parties jointly request that this Court vacate the hearing

JOINT MTN. & [PROPOSED] ORDER
CR 08-0237 EMC

presently set for June 26, 2013 and set a sentencing hearing for October 16, 2013 at 2:30 p.m. In addition, the parties jointly request that the due dates for the presentence report be calculated using the new sentencing date.

SO STIPULATED.

Dated: May 30, 2013
MELINDA HAAG
United States Attorney

_____/s/_____
KYLE F. WALDINGER
Assistant United States Attorney

Dated: May 30, 2013
_____/s/_____
STEVEN BAUER
Attorney for defendant Becky Christian

## [PROPOSED] O R D E R

GOOD CAUSE APPEARING,

IT IS ORDERED that the hearing presently set for June 26, 2013 is vacated. The parties are ordered to appear for a sentencing hearing on October 16, 2013 at 2:30 p.m. The final presentence report should be disclosed two weeks prior to the sentencing date.

Dated this 5th day of June, 2013

IT IS SO ORDERED
Judge Edward M. Chen

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

JOINT MTN. & [PROPOSED] ORDER
CR 08-0237 EMC                          -2-