STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94104
Telephone Number (415) 989-1253
Fax Number (415) 829-4304
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for David Nosal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Vs.<br><br>DAVID NOSAL,<br><br>Defendant. | No. CR-08-00237-EMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING FROM SEPTEMBER 4, 2013 TO OCTOBER 9, 2013 AT 2:30 P.M. |

    Defendant David Nosal, by and through his attorney, Steven Gruel, and the United States of America, by and through its attorney, Kyle Waldinger, hereby requests that the sentencing hearing set for September 4, 2013, at 2:30 p.m. be continued to October 9, 2013 at 2:30 p.m.

    The reason for this request is to provide the defense with additional time to prepare for sentencing, if necessary, after the post-trial motions set for August 7, 2013 as well as to provide the additional time for the preparation of any Presentence Report.

*STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING*

- 1

The probation officer assigned to the case has been contacted and has no objection to this continuance.

SO STIPULATED:

DATED: 07/26/13      __/s/_____
STEVEN F. GRUEL,
Attorney for David Nosal

DATED: 07/26/13

__/s/_____
KYLE WALDINGER
Assistant United States Attorney

## [PROPOSED] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, defendant David Nosal's sentencing hearing is continued to October 9, 2013 at 2:30 p.m. IT IS SO ORDERED.

DATED: 7/30/13      _____
HONORABLE EDWARD M. CHEN
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

*STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING*

- 2