## In the United States District Court
## for the Northern District of California
## District Judge Edward M. Chen

### CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** | January 8, 2014 | **Time:** 3:02-4:55 (1 hour 53 minutes) |
| | | **Court Reporter:** Julie Ralston |
| **Case No. and Name:** | CR08-0237 EMC USA v. David Nosal | |
| **Attorneys:** | Plaintiff: Kyle Waldinger/Matthew Parrella | |
| | Defendant: Dennis Riordan/Steve Gruel | |
| | Probation: Constance Cook | |
| **Deputy Clerk:** | Betty Lee | |

### PROCEEDINGS:

- FURTHER SENTENCING

*[FILED stamp: JAN 8 2014, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*

### ORDERED AFTER HEARING:

The Court sentenced the defendant to the B.O.P. for incarceration for a period of 12 months and 1 day. Defendant shall self surrender by 4/8/14. Upon release from custody, the defendant shall be placed on a term of supervised release for a period of 3 years and to perform 400 hours of community service as directed by the probation officer. The defendant is ordered to pay a special assessment in the amount of $600 and a fine of $60,000 (to be paid after resolution of 2/12/14 motion hearing). Please see Judgment for details.

Government's motion for restitution and Defendant's motion for release pending appeal are specially set for 2/12/14 at 3:30 p.m. Defendant remains released under the current conditions.