# EXHIBIT 3

EXHIBIT 3

```
                                              Pages 1 - 27

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                BEFORE THE HONORABLE EDWARD M. CHEN

UNITED STATES OF AMERICA,     )
                              )
          Plaintiff,          )
                              )
  vs.                         ) NO. CR 08-0237 EMC
                              )
DAVID NOSAL,                  )
                              ) San Francisco, California
          Defendant.          ) Monday
                              ) April 8, 2013
_____) 8:30 a.m.
```

**EXCERPT OF JURY TRIAL PROCEEDINGS**

**OPENING STATEMENT BY MR. GRUEL**

**APPEARANCES:**

```
                         MELINDA HAAG
                         United States Attorney
                         450 Golden Gate Avenue
                         San Francisco, California  94102
                  BY:    KYLE WALDINGER, AUSA
                         MATTHEW PARRELLA, AUSA
                         JENNY ELLICKSON, AUSA


For Defendant:           RIORDAN AND HORGAN
                         523 Octavia Street
                         San Francisco, California 94102
                  BY:    DENNIS RIORDAN, ESQ.



         (APPEARANCES CONTINUED ON FOLLOWING PAGE)



Reported By:   Debra L. Pas, CSR 11916, CRR, RMR, RPR
               Official Reporter - US District Court
               Computerized Transcription By Eclipse
```

```
1   APPEARANCES:   (CONTINUED)

2


3   For Defendant:          LAW OFFICES OF MARTHA BOERSCH
                            235 Montgomery Street
4                           Suite 1070
                            San Francisco, California 94104
5                      BY:  MARTHA BOERSCH, ESQ.

6


7                           LAW OFFICE OF STEVEN F. GRUEL
                            315 Montgomery Street
8                           9th Floor
                            San Francisco, California 94104
9                      BY:  STEVEN GRUEL, ESQ.

10                         _ _ _
```

*Debra L. Pas, CSR, CRR, RMR, RPR*
*Official Reporter - U.S. District Court - San Francisco, California*
*(415) 431-1477*

```
 1                    P R O C E E D I N G S
 2   APRIL ]8, 20O13                             3:25 P.M.
 3           (Prior proceedings held herein, reported
 4            but not transcribed.)
 5              *       *       *       *       *
 6           THE COURT:  Thank you Mr. Waldinger.
 7       Mr. Gruel.
 8           MR. GRUEL:  Thank you, your Honor.
 9                       OPENING STATEMENT
10           MR. GRUEL:  Good afternoon, ladies and gentlemen.
11   This is the first time I have been able to speak to you.  My
12   name is Steven Gruel.  I'm an attorney here in San Francisco.
13       I have the honor and privilege, along with my two other
14   co-counsel, Mr. Riordan and Ms. Boersch, to represent David
15   Nosal, who is sitting over in the corner over there.  We are
16   representing him in this particular case.
17       Let me also just take a moment to introduce two of our
18   paralegals who are assisting on this matter.  This is Corey in
19   the foreground and Julie, who is going to be assisting me with
20   a PowerPoint presentation for our opening statement.
21       I would ask as I speak if you would just follow along
22   since we've got these screens, I would appreciate it.  It will
23   make it go a little easier and I think help you understand this
24   a little bit more.
25       I've listened to the government's opening statement and,
```

1  frankly, I couldn't disagree more.  There is only one thing
2  that I heard that I think I can agree with, and that is that
3  you're going to hear a lot about Korn/Ferry.
4       Are we up?
5           (Discussion held off the record between
6            counsel and the paralegal.)
7           **MR. GRUEL:**  Give me a moment.
8           (Brief pause.)
9           **THE COURT:**  If it's not really fixable, maybe we can
10 take a short break.
11          **MR. GRUEL:**  May we do that, your Honor?  It may be a
12 good time to stretch.
13          **THE COURT:**  Why don't we do that?  We have actually
14 been at it for 90 minutes.  This will give Betty a chance to
15 show the jurors back to the room.
16          **THE CLERK:**  There we go.
17          **THE COURT:**  What do you think?  I'm seeing some heads
18 shaking yes.  So we'll take a short break.  Betty will show you
19 your quarters back there.
20      Let me please remind the jurors now that the trial has
21 begun, I did ask you not to form any opinions at this point or
22 speak amongst yourselves about the case.
23      So we'll take a short break and get this started and then
24 we'll resume.  Ten minutes.
25          **THE CLERK:**  All rise for the jury.

1   want him to keep working.  They don't stop or do anything.
2   They don't try to interrupt him whatsoever.
3        Korn/Ferry -- because they have this relationship where
4   he's talking with Peter Dunne every other two weeks.
5   Korn/Ferry tells David, "No problem.  Everything is going
6   well."
7        So even though they think something has happened, even
8   though they think David is competing, they don't do anything to
9   try to investigate it or stop it or put an end to it.  And
10  that's because, ladies and gentlemen, it provides for an
11  opportunity, it provides for an opportunity for Korn/Ferry to
12  do something, to get and crush and discredit Mr. Nosal.
13       They don't say anything about, "Hey, are you taking our
14  trade secrets?  Are you accessing our computers?"  They don't
15  do anything.  So from March, you're going to hear, all the way
16  til August of 2005 they don't tell him that he's doing anything
17  wrong.
18       But what does Korn/Ferry do?  It hires attorneys.  It
19  hires private investigators.  And what they do is they put into
20  place their plan to watch and see what's happening with Mr.
21  Nosal.
22       Now, this is significant because the issue becomes one of
23  what is authorized access.  It's a term, a legal term that
24  you're going to hear.  And what you're going to hear is that
25  when Korn/Ferry elects to let this all go, they are sitting

1  back and watching and monitoring computers, monitoring
2  Jacqueline, that Mr. Waldinger was mentioning, and they are
3  allowing this access to take place and doing nothing to
4  interrupt it.  They are, in essence, acquiescing and watching
5  this activity take place.
6       David does leave and he's still working on all these open
7  searches all during this time period.
8       Now, what ends up happening, ladies and gentlemen, is that
9  finally Korn/Ferry with its lawyers and Korn/Ferry with its
10 investigators decides that it's time now to call the Feds.
11      Now, keep in mind the tip happened in March of 2005.
12 March goes by, April, May, June, July.  And finally on
13 July 6th, 2005 O'Melveny lawyers contact the U.S. Attorney's
14 Office and say:  We've got to investigate this because now, as
15 they say, it's time sensitive.  After all those months of
16 allowing Mr. Nosal to be competing, after all these months of
17 monitoring the computers, after all these months of acquiescing
18 and doing nothing, they finally say it's now time sensitive.
19 And the reason for that is, ladies and gentlemen, is because
20 what's happening?  They owe Mr. Nosal that million dollars,
21 large bonus coming up on July 31st, 2005.
22      So after five to six months of doing nothing other than
23 monitoring and watching and keeping Mr. Nosal working, what do
24 they do?  They now contact the Feds.
25      Next slide.

1          (Document displayed.)

2       This is an email from the O'Melveny lawyers in July 6th,

3  2005.  You're going to see this as an exhibit and you're going

4  to see that they now are essentially trying to get ahold of the

5  U.S. Attorney's Office and saying:  Please help us and

6  investigate this and assist us because due to some specific

7  circumstances that are time sensitive, I would be happy to

8  share with you what we have been doing.

9       Ladies and gentlemen, that is nothing more than just using

10 the government to essentially do their dirty work.  And so what

11 does happen?

12      Next slide.

13         (Document displayed.)

14      In August 2nd -- that's a critical date.  August 2nd KFI

15 launches it's attack.  After months of this activity going on,

16 from March all the way til August, you'll hear that Korn/Ferry

17 files a civil complaint and named in the civil complaint are

18 the individuals who will be testifying for the government:

19 Becky, Jacqueline, Mark and Michael.

20      They also at that same date, they file an arbitration case

21 against Mr. Nosal claiming that he owes them 20-some million

22 dollars.

23      Also, they assist and give information to help direct the

24 FBI to search the homes of these individuals and offices.  And,

25 also, to finally show Goliath's flexing its muscle, they

```
 1  finally also at the same time period leak a story to the Wall
 2  Street Journal to discredit Mr. Nosal and, sure enough, it's in
 3  the paper on August 3rd, 2005.
 4       So you have in this particular case where Korn/Ferry waits
 5  until the most opportune time, that sensitive moment, and
 6  brings in its attack.
 7       Now, next slide.
 8           (Document displayed.)
 9       The government talked about what they think the evidence
10  will show.  What they didn't tell you and glossed over that the
11  three employees that they are going to be bringing in from
12  Korn/Ferry, they have had -- they have collectively 100 years
13  of employment with the corporation.  I will submit to you that
14  that will show a certain bias.  In fact, one of the witnesses
15  they call is going to be an attorney for Korn/Ferry.  Of
16  course, they are going to have a bias about what the events of
17  this case show and how things played out.
18       The next thing is the government downplays the fact that
19  KFI has significant financial hammers over the individuals who
20  are going to testify.
21       I mentioned earlier that Becky, Jacqueline, Michael and
22  Mark were all sued by Korn/Ferry for damages in excess of
23  millions of dollars.  They reached an agreement ultimately with
24  Korn/Ferry to have their cases dismissed in civil court, but
25  they are not dismissed because Korn/Ferry can bring these cases
```