# EXHIBIT 4

**EXHIBIT 4**

**BILLING CATEGORIES**

0. Not seeking recovery.

1. Responding to government requests for information and to issues raised by the government, reviewing documents in conjunction with same, and interfacing/conferencing and attending meetings with government, and internal/client communications regarding same.

2. Preparing timelines and summaries for the government, and internal/client communications regarding same.

3. Representing Korn/Ferry witnesses in meetings with the government, coordinating those meetings, preparing Korn/Ferry witnesses for those meetings, and internal/client communications regarding same.

4. Responding to government subpoenas, and internal/client communications regarding same.

5. Responding to Nosal's requests for information/documents, subpoenas, motions for subpoenas, and motions to compel, and internal/client communications regarding same.

6. Interfacing/conferencing with Korn/Ferry regarding the criminal matter, and reviewing/analyzing pleadings in criminal matter in conjunction with same.

7. Preparing Korn/Ferry witnesses for testimony in grand jury proceedings and at criminal trial, coordinating same with government, and internal/client communications regarding same.

8. Work immediately preceding and during criminal trial, including monitoring proceedings for trade secret and confidentiality issues and in connection with Korn/Ferry witness issues, as well as addressing various issues related to the use of Korn/Ferry's documents, and internal/client communications regarding same.

9. Responding to government requests and inquires related to sentencing, damages, and restitution issues, preparing materials/declarations related to restitution and sentencing, attending hearings regarding same, and internal/client communications regarding same.