DENNIS P. RIORDAN (SBN 69320)
DONALD M. HORGAN (SBN 121547)
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone Number: (415) 431-3472
Fax Number: (415) 552-2703
dennis@riordan-horgan.com

Attorneys for David Nosal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-08-0237-EMC |
| | ) |
| | ) **MOTION TO WITHDRAW AS** |
| Plaintiff, | ) **COUNSEL** |
| | ) |
| vs. | ) |
| | ) |
| DAVID NOSAL, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Dennis P. Riordan hereby moves to withdraw as counsel for defendant David Nosal in this matter. In support of that motion, Mr. Riordan declares under penalty of perjury that:

1.      I have represented defendant David Nosal in thiss matter along with other counsel since 2008, through pretrial proceedings, an interlocutory appeal to the Ninth Circuit, further pretrial proceedings following a remand from the Court of Appeals, a jury trial in 2013, and post-conviction and sentencing proceedings  through 2014. I then represented Mr. Nosal on a second, post-conviction appeal to the Ninth Circuit, followed by a petition for certiorari to the United States Supreme Court, which was denied on October 10, 2017.

2.  Pursuant to the most recent Ninth Circuit opinion, this matter returns to this Court for a modification of the amount of victim restitution awarded by this Court at sentencing.

1

1    3.    I had not, and have not, been retained to represent Mr. Nosal in the post-appeal

2 proceedings concerning restitution. I informed Mr. Nosal a month ago that I would be unable to

3 further represent him in this matter.

4    4.    In any case, I would not be available to participate in any post-appeal proceedings

5 in this matter in the near future because of other commitments. Most importantly, during the next

6 two months, I will be required to engage in extensive preparation for an evidentiary hearing in

7 connection with our motion for relief under 28 U.S.C. §2255 challenging our client's federal

8 district court convictions for offering material support to terrorists and making false statements,

9 *United States v. Hayat*, East. Dist. No. CR S-05-0240 GEB DB.  That hearing is scheduled to

10 begin on January 29th, 2018, and, among other tasks, I may be required to take Rule 15

11 depositions in Pakistan before that date.  I also have two clients scheduled to be sentenced in

12 federal cases, and briefs due in both the Ninth Circuit and the California Supreme Court. in

13 December and January.

14    5. Along with ECF service on the government, I have served Mr. Nosal with a copy of

15 this motion.

16 Dated: November 22, 2017                    Respectfully submitted,

17                                             RIORDAN & HORGAN

18
                                              /s/ Dennis P. Riordan
19                                                DENNIS P. RIORDAN

20

21

22

23

24

25

26

27

28

2